**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ANTONIO GOMEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:14-CV-3341-D |
| | § | |
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the April 7, 2015 findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and plaintiff's motion for return of property is granted in part and denied in part with prejudice.

Within 28 days of the date of this order, plaintiff must file with the clerk of court a document that designates the name, address, and telephone number of the person whom he wishes to take possession of the cell phones and other items of personal property that the court's judgment orders returned to him. Within 28 days of the date the required designation is docketed by the clerk of court, defendant must release the cell phones and other items of personal property to the possession of the person whom plaintiff has designated. Defendant may require that the person show proper

identification before releasing the property.

      **SO ORDERED**.

      May 27, 2015.

                                       _____
                                       SIDNEY A. FITZWATER
                                       UNITED STATES DISTRICT JUDGE